Dismissed and Memorandum Opinion filed May 25, 2006









Dismissed and Memorandum Opinion filed May 25, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00005-CV

____________

 

ARTHUR LYNDON TRIPP, Appellant

 

V.

 

UNITED STATES FIDELITY &
GUARANTY COMPANY, Appellee

 



 

On Appeal from the
125th District Court

Harris County, Texas

Trial Court Cause
No.
05-32284

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from judgment signed September 28, 2005.

On May 16, 2006, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 25, 2006.

Panel consists of Justices Anderson, Edelman, and
Frost.